■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KERWIN JOHNSON, Appellant.—Judgment, Supreme Court, New York County (Harold Rothwax, J.), rendered on April 22, 1987, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Kupferman, Carro, Kassal and Rubin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS MALDONADO, Appellant.—Judgment, Supreme Court, New York County (Frederic Berman, J.), rendered on September 22, 1986, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Sullivan, Ross, Milonas and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v RICHARD BELL, Respondent.—Upon remittitur from the Court of Appeals, judgment, Supreme Court, New York County (Myriam Altman, J.), rendered on January 12, 1987, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur—Kupferman, J. P., Sullivan, Ross, Ellerin and Smith, JJ.